EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL
Assistant U.S. Attorney
Room 6100, PJKK Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: 541-2850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 06 2002

at ____ o'clock and ____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR02 00076 SOM |
| Plaintiff, ) | |
| vs. ) | INDICTMENT |
| ) | 21 U.S.C. § 860(a), 844(a) |
| AMO M. TAUFI, ) | |
| aka Joe Mapuni, ) | |
| Defendant. ) | |

INDICTMENT

Count 1

The Grand Jury charges that:

On or about February 23, 2002, in the District of Hawaii, defendant Amo M. Taufi did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).



Count 2

The Grand Jury charges that:

On or about February 23, 2002, in the District of Hawaii, defendant Amo M. Taufi did knowingly and intentionally distribute a quantity of cocaine base, a Schedule II controlled substance, within one thousand (1,000) feet of the real property comprising a private university.

In violation of Title 21, United States Code, Section 860(a).

///
///
///
///
///
///
///
///

Count 3

The Grand Jury charges that:

On or about February 23, 2002, in the District of Hawaii, defendant Amo M. Taufi did knowingly and intentionally possess methamphetamine, its salts, isomers, or salts of its isomers,

In violation of Title 21, United States Code, Section 844(a).

DATED: ___3/6___, 2002 at Honolulu, Hawaii.

A TRUE BILL.

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CONSTANCE A. HASSELL
Assistant U.S. Attorney


United States v. Amo M. Taufi
Cr. No. _____
"Indictment"

3