PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      alexander_silvert@fd.org

Attorney for Defendant
AMO TAUFI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00076 SOM |
| | ) |
| Plaintiff, | ) MOTION TO CONTINUE FILING |
| | ) DEADLINE; CERTIFICATE OF |
| vs. | ) SERVICE |
| | ) |
| | ) |
| AMO TAUFI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO CONTINUE FILING DEADLINE

COMES NOW the Office of the Federal Public Defender for the

District of Hawaii, by and through, Alexander Silvert, First Assistant Federal

Defender, having been appointed to represent AMO TAUFI, and hereby states that Counsel has spoken with Mr. Taufi regarding the application of the new crack cocaine sentencing guideline amendment to his case.  Mr. Taufi has agreed to wait to have any motion filed on his behalf until December 30, 2008.  Mr. Taufi is a career offender.  As it is questionable whether the amendment applies to him at all, he has agreed to delay a resolution to his case to await further development of the law.

DATED: Honolulu, Hawaii, July 7, 2008.

  /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
AMO TAUFI

## CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

    FLORENCE T. NAKAKUNI (via electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    United States Probation Office    (hand delivered)
    300 Ala Moana Boulevard
    PJKK Federal Building, Room C-110
    Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, July 7, 2008.

                /s/ Alexander Silvert
                ALEXANDER SILVERT
                Attorney for Defendant
                AMO TAUFI